UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERICK SANON,                          Case No. 6:22-cv-00619

      Plaintiff,

v.

TRIPLE B CLEANING, INC.,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, the Defendant, TRIPLE B CLEANING, INC. (hereinafter, "Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446(a), and M.D. Fla. L.R. 1.06, hereby files this Notice of Removal of this action from the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and further states as follows:

1. The instant action was originally filed in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2022-CA-001352-O (hereinafter, "State Court Action"), on or about February 4, 2022.

2. The United States District Court for the Middle District of Florida, Orlando Division, is the District and Division embracing the place where the State Court Action is pending.

3. The State Court Action was filed by Plaintiff, ERICK SANON (hereinafter, "Plaintiff"). It alleges violation of the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601, *et seq.* (hereinafter, "FMLA").

4. In accordance with 28 U.S.C. § 1446(a) and M.D. Fla. L.R. 1.06(b), Defendant attaches hereto the following pleadings and papers docketed in the State Court Action: Complaint (**Exhibit A** hereto); State Court Action Docket Sheet (**Exhibit B** hereto); and all remaining docketed papers in the State Court Action, including State Court Civil Cover Sheet, Summons, unsigned/unexecuted Agreed Case Management Plan and Order, and unsigned/unexecuted Order Approving Agreed Case Management Plan (Composite **Exhibit C** hereto). Defendant also attaches hereto as **Exhibit D** its State Court Waiver of Service of Summons dated March 1, 2022 and forwarded to Plaintiff's counsel on March 21, 2022 (but not filed by Plaintiff's counsel in the State Court Action). No further proceedings have taken place in the State Court Action.

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal, together with the attached copies of all documents on file to date in the State Court Action, is filed with this Honorable Court within thirty days after March 1, 2022, the date on which Defendant accepted service of the Summons and Complaint (in accordance with the execution of a certain Waiver of Service of Summons, attached to this Notice of Removal and incorporated by reference herein as

**Exhibit D**). Pursuant to Fed. R. Civ. P. 81(c)(2), Defendant's responsive pleading will be due seven days after the filing of this Notice of Removal.

## FEDERAL QUESTION JURISDICTION

6. This Court has original, federal question jurisdiction over this action under 28 U.S.C. § 1331, because Plaintiff alleges a claim arising under the laws of the United States. Specifically, Plaintiff alleges violations of the FMLA, 29 U.S.C. § 2601 (2012), *et. seq.*

7. Because this Court has original jurisdiction, this action may be removed pursuant to 28 U.S.C. § 1441(a) based on federal question jurisdiction. *See, e.g., Johnston v. Morton Plant Mease Healthcare, Inc.,* No. 8:07-cv-179-T-26EAJ, 2007 U.S. Dist. LEXIS 11700, at *4 (M.D. Fla. Feb. 20, 2007) (noting that federal courts have "original federal question jurisdiction" over FMLA claims).

## SERVICE OF NOTICE ON PLAINTIFF AND STATE COURT

8. A separate State Court Notice of Removal, along with a copy of this Notice of Removal, is being contemporaneously filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by 28 U.S.C. § 1446(d). Copies also are being served upon Plaintiff's counsel of record Chad E. Levy, Esq., and David M. Cozad, Esq., Law Offices of Levy and Levy, P.A., via Florida Courts E-Filing Portal.

9. This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE,** Defendant hereby removes this civil action to the United States District Court for the Middle District of Florida, Orlando Division.

        **Respectfully submitted,**

        STEARNS WEAVER MILLER WEISSLER
        ALHADEFF & SITTERSON, P.A.

        */s/Andrew L. Rodman*
        ANDREW L. RODMAN
        Florida Bar Number: 0192198
        Email: arodman@stearnsweaver.com
        150 West Flagler Street, Suite 2200
        Miami, FL 33130
        Phone: (305) 789-3255
        Fax: (305) 789-2658
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 29, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

> */s/Andrew L. Rodman*
> ANDREW L. RODMAN

## SERVICE LIST

CHAD E. LEVY, ESQ.
Florida Bar Number: 0851701
Email:  chad@levylevylaw.com
Secondary: assistant@levylevylaw.com
DAVID M. COZAD, ESQ.
Florida Bar Number: 333920
Email:  david@levylevylaw.com
Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Fax: (954) 763-5723
*Counsel for Plaintiff*

*Service via Email*

#10460560 v1